COLLIER & BASIL, P.C.
P.O. Box 3720
Princeton, NJ 08543-3720
609-924-2213

Attorneys for Defendant

| | |
|---|---|
| FIRST TEK TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> WIPRO TECHNOLOGIES, INC., <br><br> Defendant. | UNITED STATES DISTRICT COURT <br> DISTRICT OF NEW JERSEY <br> Civil Action No. 2:08-cv-05459-PGS-ES <br><br><br> CONSENT ORDER GRANTING LEAVE TO AMEND ANSWER |

This matter having been opened to the Court on the application of defendant Wipro Inc. (successor in interest to defendant Wipro Technologies, Inc.) for leave to amend its Answer pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, and plaintiff First Tek Technologies, Inc. having consented to this application, and good cause having been shown,

IT IS, on this ___ day of May, 2009, ORDERED that the Answer of defendant Wipro Inc. (successor in interest to defendant Wipro Technologies, Inc.) shall be ~~deemed~~ amended by the addition of the following affirmative defense:

## TWELFTH SEPARATE DEFENSE

The relief demanded in the Complaint is barred or limited by reason of illegality because neither plaintiff First Tek Technologies, Inc. nor Pyramid Consulting, Inc. was properly licensed to conduct the type of business in which it was engaged.

*Defendants shall file and serve a copy of the Amended Answer within ten (10) days of the entry of this Order.*

_____
ESTHER SALAS, U.S.M.J.

We hereby consent to the form
and entry of this Consent Order.

HERTEN BURSTEIN SHERIDAN CEVASCO
BOTTINELLI LITT & HARZ LLC
Attorneys for Plaintiff

By  /s/ Carolyn B. Hand
      CAROLYN B. HAND
      For the Firm

COLLIER & BASIL, P.C.
Attorneys for Defendant

By  /s/ Richard F. Collier, Jr.
      RICHARD F. COLLIER, JR.
      A Director of the Firm

2